COMMONWEALTH of Pennsylvania,
Respondent

v.

Ricardo A. WHITING, Petitioner

No. 329 EAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Rashaun LEATHERBERY, Petitioner

No. 296 EAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony J. CAPLE, Petitioner

No. 274 EAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Lawrence COTTMAN, Petitioner

No. 303 EAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.